UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THERESA A. MCCAMBRIDGE,<br><br>    Plaintiff,<br><br>v.<br><br>ALPHA RECOVERY CORP.,<br><br>    Defendant. | Case No. 1:21-cv-03280 |

## NOTICE OF SETTLEMENT

**NOW COMES** Plaintiff, Plaintiff, THERESA A. MCCAMBRIDGE, and Defendant, ALPHA RECOVERY CORP., have reached a settlement in the above-captioned matter. A formal settlement agreement will be circulated between the parties for review and approval. Once all of the appropriate signatures have been obtained, an executed dismissal of the entire action will be filed.

DATED: July 13, 2021

Respectfully submitted,

**THERESA A. MCCAMBRIDGE**

By: */s/ Joseph S. Davidson*

Joseph S. Davidson
LAW OFFICES OF JOSEPH P. DOYLE LLC
105 South Roselle Road
Suite 203
Schaumburg, Illinois 60193
+1 847-985-1100
jdavidson@fightbills.com

1