**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Theresa A. McCambridge
                                  Plaintiff,

v.                                                   Case No.: 1:21−cv−03280
                                                       Honorable John J. Tharp Jr.

Alpha Recovery Corp.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 10, 2021:

      MINUTE entry before the Honorable John J. Tharp, Jr:Upon receipt of the plaintiff's notice of voluntary dismissal under Rule 41(a) [6], all pending deadlines are stricken and all pending motions are denied as moot. Civil case terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.